UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| TARA L. PUGH,<br><br>       Plaintiff,<br><br>       v.<br><br>ANDREW M. SAUL, Commissioner of the<br>Social Security Administration,<br><br>       Defendant. | CAUSE NO.: 3:20-CV-651-TLS-SLC |

**ORDER**

This matter is before the Court on a Report and Recommendation [ECF No. 23], filed by Magistrate Judge Susan L. Collins on June 11, 2021. On August 3, 2020, the Plaintiff filed a Complaint [ECF No. 1] in which she sought to appeal a final administrative decision that denied her request for supplemental security income. The Plaintiff filed an Opening Brief [ECF No. 20], the Defendant filed a Response [ECF No. 21], and the Plaintiff filed a Reply [ECF No. 22]. On October 6, 2020, this matter was referred to Judge Collins for a Report and Recommendation. *See* Oct. 6, 2020 Order, ECF No. 10. In the June 11, 2021 Report and Recommendation, Judge Collins recommends that the Court reverse the decision of the Commissioner of the Social Security Administration and remand for further proceedings.

The Court's review of a Magistrate Judge's Report and Recommendation is governed by 28 U.S.C. § 636(b)(1)(C), which provides:

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge.

> The judge may also receive further evidence or recommit the matter to the magistrate judge with instructions.

28 U.S.C. § 636(b)(1)(C); *see also* Fed. R. Civ. P. 72(b)(2) ("Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations."). Judge Collins gave the parties notice that they had fourteen days to file objections to the Report and Recommendation. As of the date of this Order, neither party has filed an objection to Judge Collins's Report and Recommendation, and the time to do so has passed. The Court has reviewed the Report and Recommendation and finds that the Magistrate Judge's proposed disposition is well taken.

Therefore, the Court ACCEPTS, IN WHOLE, the Report and Recommendation [ECF No. 23]. The Court REVERSES the final decision of the Commissioner of the Social Security Administration and REMANDS this matter for further proceedings.

SO ORDERED on July 21, 2021.

s/ Theresa L. Springmann  
JUDGE THERESA L. SPRINGMANN  
UNITED STATES DISTRICT COURT